8/21/18

Attn:
Bankruptcy Court Clerk
721 19th St.
Denver, CO. 80202



Concerning Robert and Terri Luna Case # 18-14-162-MER

I am writing to you in regards to the Robert and Terri Luna Case # 18-14-162-MER. I am hoping to receive credit in return for a $1000 deposit I have given. I have been in contact with Gerad Walters(Trustee), and he let me know I should contact you with my information, and should ask to have notices mailed to me to see if I can get reimbursed.

My Contact information is:

Jason Schroeder
509 Byron Ct.
Benicia, CA 94510
925-681-9555
Jdschroeder78@hotmail.com

Let me know if there is anything else that can be done on my end.

Thanks,
Jason